# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:* <br><br> *Gaston, et al. v. The Islamic Republic of Iran*, No. 18-cv-12337, *Johnson, et al. v. The Islamic Republic of Iran*, 18-cv-12344, *Rodriguez, et al. v. The Islamic Republic of Iran*, No. 18-cv-12347, *Knight, et al. v. The Islamic Republic of Iran*, No. 18-cv-12398, *Desimone, et al. v. The Islamic Republic of Iran*, No. 21-cv-07679 | |

## **APPEARANCE OF COUNSEL**

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I hereby enter my appearance as counsel for the Plaintiffs in the above-captioned cases.

Date:   February 8, 2024

/s/ *Robert Keith Morgan*_____
Robert Keith Morgan (*pro hac vice*)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
kmorgan@millerfirmllc.com
Tel: 540-672-4224
 Fax: 540-672-3055