# EXHIBIT A

## Johnson Personal Injury Plaintiffs

Personal & Latent Injuries - (description)

| | Claimant | | | | | Claim Information | | | Pain & Suffering Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Notes |
| 1 | Gary | | Arthur | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 5 of Appendix 1 | | | | $7,000,000 | |
| 2 | Anthony | | Blackmon | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 8 of Appendix 1 | | | | $7,000,000 | |
| 3 | Joanne | | Brown | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 14 of Appendix 1 | | | | $7,000,000 | |
| 4 | Carl | | Fargione | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 28 of Appendix 1 | | | | $7,000,000 | |
| 5 | Dawn | | Gough | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 35 of Appendix 1 | | | | $7,000,000 | |
| 6 | Raymond | | Gough | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 36 of Appendix 1 | | | | $7,000,000 | |
| 7 | Robert | | Intartaglio | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 43 of Appendix 1 | | | | $7,000,000 | |
| 8 | Adam | | Noble | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 62 of Appendix 1 | | | | $7,000,000 | |
| 9 | Terrence | | Webb | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 94 of Appendix 1 | | | | $7,000,000 | |