# EXHIBIT J

## Adam Noble

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) ECF Case |
|---|---|
| This document relates to: *Johnson, et al. v. The Islamic Republic of Iran* | 18-cv-12344 (GBD)(SN) ECF Case |

## DECLARATION OF ADAM NOBLE

I, Adam Noble, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than eighteen (18) years of age and I have personal knowledge of and am competent to testify to the matters stated in this declaration.

2. I was a citizen of the United States on September 11, 2001, and I am a citizen of the United States today.

3. On September 11, 2001, I was present in New York City when the terrorist attacks on the World Trade Center (WTC) occurred. I was an emergency medical technician and operation supervisor for Citywide Mobile Response (CMR), a private ambulance company providing emergency and non-emergency transport throughout the New York City area. I was with my partner preparing for the day when we heard an airplane had crashed into one of the WTC towers. As we were driving to Bellevue Hospital, we heard a second plane had struck the other tower. I attempted to contact our base of operations on our communication system, but was unable to do so. After arriving at the hospital, I called our base and informed them that we were heading down to the WTC.

4. My partner and I had made it to within two blocks of the WTC when we were flagged down by firefighters. They had an emergency patient for us who had been hit by debris

1

and had a broken femur. We transported her to St. Vincent's Hospital and returned to the WTC. As we arrived at the WTC, I saw one of my co-workers from CMR entering the lobby of the north tower. I got out of the ambulance and started to remove the stretcher to follow him. As I did this, I had a strange feeling and heard an incredibly loud sound and realized the south tower was coming down. I did not have time to get back in the ambulance so I drove under it. The noise continued for what seemed like an eternity. I was sure I would be crushed at any moment. The noise eventually stopped and I crawled out from under the vehicle into what look snow falling. I got back in the ambulance where my partner was still sitting and managed to drive away, following another CMR ambulance away from the remaining tower. We made it to Broadway where we were again flagged down to treat an FBI agent and an NYPD officer who were experiencing severe shortness of breath. We treated them with oxygen and water, irrigated their eyes, and then continued to St. Vincent's Hospital. At St. Vincent's my partner suffered an anxiety attack and had to be left there. I was preparing to return to the towers when a medic from St. Vincent asked to go with me down to the WTC. I agreed and as we began to start back, a large number firefighters crammed themselves into the ambulance to ride with us.

5. I went to the ambulance staging area at Stuyvesant High School near the WTC. We treated some of the first responders by irrigating their eyes, but there were no additional injured coming from the WTC. At 4:00 p.m. that afternoon our communication system came back online and we were instructed to return to base. I picked up my partner at St. Vincent's Hospital and drove to our base at Jacobi Hospital in the Bronx. The drive took eight hours.

6. Five hours after arriving home, I returned to Ground Zero. Ambulances were lined up, but there were no injured to take care of that day. I stayed there until 7:00 that evening. I

2

continued to return to Ground Zero until that weekend. In all the time I was there I was only able to help two or three people. I have always had the feeling that I did not do enough.

7. In the following months during downtime, between 7:00 a.m. and 7:00 p.m., I returned to assist with the ice trucks carrying remains from the WTC. I continued to do this until May 2002. In my time at Ground Zero I wore no personal protective equipment. We were frequently told by officials that were responsible for monitoring air quality, that the air quality was fine. It was not.

8. I did not notice any personal medical issues for four or five years after 9/11. In 2005, I began working for the New York City Fire Department (FDNY). It was around this time that I began with feeling short of breath and feeling sluggish. I had no idea it was related to my time at the towers.

9. Through FDNY I learned of the World Trade Center Health Program (WTCHP) that was providing monitoring and treatment for first responders. In addition to my respiratory problems, I was losing weight for no reason, so I decided to apply to the program. Through the WTCHP it was determined that I was suffering from asthma, gastroesophageal reflux disease, and chronic rhinitis. As time has passed, I have had more difficulty with asthma. It feels as if I am breathing through a straw most of the time. I have also been diagnosed through the WTCHP with post-traumatic stress disorder (PTSD). I have had trouble sleeping ever since 9/11 and at night I experience nightmares, night sweats, and panic attacks. I have been in therapy for many years and I am still taking medication for PTSD. I currently see a psychologist twice a month and a psychiatrist once a month to help deal with my PTSD.

10. After the WTCHP confirmed my medical and psychological conditions, I decided to file a claim with the Victim Compensation Fund (VCF). I was found eligible for compensation

for medical injuries including asthma, gastroesophageal reflux disease, and chronic rhinitis. As mentioned above, the WTCHP certified these health conditions as covered for treatment, as well PTSD. A true and correct copy of the VCF eligibility determination letter and the letter from the WTCHP documenting the physical and mental injuries I suffered from the attacks on 9/11 are submitted with this declaration as part of this exhibit.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 14th day of June, 2025.

_____
Declarant Adam Noble

4



September 11th
Victim Compensation Fund

August 26, 2016

ADAM NOBLE



Dear ADAM NOBLE:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. Your claim number is VCF0017321. Your Eligibility Form was determined to be substantially complete on August 26, 2016. As stated in the regulations and on the claim form, by filing a substantially complete Eligibility Form you have waived your right to file or be a party to a September 11th-related lawsuit.

### The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the following injuries:

- ASTHMA, UNSPECIFIED, UNSPECIFIED STATUS
- CHRONIC RHINITIS
- GASTRO-ESOPH REFLUX DISEASE WITHOUT ESOPHAGITIS

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

### What Happens Next

**If you have been certified for treatment by the WTC Health Program for a condition not listed above,** you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe you have eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating your award, you should amend



September 11th
Victim Compensation Fund

your claim. If you choose to amend your claim, you will need to use the VCF Private Physician process. The Private Physician process is a way for the VCF to gather the required information about your treatment in order to process your claim. All forms are available on the www.vcf.gov website under "Forms and Resources." The website also includes detailed information and instructions on the Private Physician process.

**If you do not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials. If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: ADAM NOBLE

Rensselaer, NY 12144

Adam Noble
1240 N. E. 13th Avenue APT 22
Fort Lauderdale, Florida 33324

Re: 911022526

07/27/2016

Dear Adam Noble:

This letter is to inform you that after reviewing the medical information provided by the New York University Hospital Center (NYU), the World Trade Center (WTC) Health Program has certified the following health condition(s) as covered for treatment benefits:

| Date of Certification | Condition Category on List of WTC-Related Health Conditions* | Certification Category or Injury |
|---|---|---|
| 6/14/2016 | Chronic Rhinosinusitis | Upper Respiratory Disease Please Contact your WTC Physician for Specific Information |
| 6/14/2016 | Gastroesophageal Reflux Disease (Gerd) | Gastroesophageal Reflux Disease Please Contact your WTC Physician for Specific Information |

* As listed in the James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R. § 88.1

Our records also indicate that in the past you were certified for the following health condition(s) as covered for treatment benefits:

| Date of Certification | Condition Category on List of WTC-Related Health Conditions* | Certification Category or Injury |
|---|---|---|
| 7/1/2011 | Asthma | Obstructive Airway Disease Please Contact your WTC Physician for Specific Information |
| 10/7/2011 | Mental Health | Please Contact your WTC Physician for Specific Information |

* As listed in the James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R. § 88.1

The WTC Health Program will only provide payment for medically necessary treatment(s) authorized by your WTC Health Program physician for your certified health condition(s) by a WTC Health Program participating provider.

This program is administered by the National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention, and U.S. Department of Health and Human Services