# EXHIBIT C

## Johnson Latent Injury Plaintiff

| Personal Representative | | | | Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount |
| Julia | | Filosa | | Albert | | Filosa | | US | NY | 18cv12344 | 18cv12344, 1 at Allegation 30 of Appendix 1 | 18cv12344, 108 | | | $7,000,000 |